# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR391 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JEANETTE BELK, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Jeanette Belk (Belk) to file a motion to sever out of time (Filing No. 213). Belk's counsel represents that government's counsel has no objection to the motion. The motion will be granted.

**IT IS ORDERED:**

1. Belk's motion to file a motion to sever out of time (Filing No. 213) is granted.

2. The government shall have to **on or before November 14, 2013**, in which to respond to Belk's motion to sever (Filing No. 214).

3. An evidentiary hearing on Belk's motion to sever (Filing No. 214) will be held in Courtroom No. 7, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:30 a.m. on Monday, November 18, 2013.** Belk shall be present for such hearing.

DATED this 6th day of November, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge